993 F.2d 1540
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
Soloman HAM, a/k/a Solomon Hamm, a/k/a Charles R. Brewer,
Defendant-Appellant.
 No. 92-7149.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: May 3, 1993
Decided: May 20, 1993
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-90-53-N, CA-92-510-2)
 Soloman Ham, Appellant Pro Se.
 Arenda L. Wright Allen, Assistant United States Attorney, Norfolk, Virginia, for Appellee.
 E.D.Va.
 AFFIRMED.
 Before RUSSELL and HALL, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Soloman Ham appeals from the district court's order refusing relief under 28 U.S.C. § 2255 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court.* United States v. Ham, Nos. CR-90-53-N, CA-92-510-2 (E.D. Va. Oct. 8, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 We deny Ham's motion for appointment of counsel but grant his motion to expedite his appeal to the extent possible given the Court's workload